UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| STEVEN WILLS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:09CV00053 AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for attorney's fees in the amount of $2,938.51, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and for reimbursement of the $350.00 filing fee from the Judgment Fund, pursuant to 31 U.S.C. § 1304. (Doc. 23.) Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for Disability Insurance Benefits. His request for fees is supported by appropriate documentation, and the Commissioner states that he does not object to the amount of fees sought. The Commissioner also agrees that Plaintiff should be compensated for the filing fee of $350.00 from the Judgment Fund administered by the United States Treasury. Upon review of the record, the Court finds that the fee request is reasonable. The fees, however, must be paid directly to Plaintiff, pursuant to *Ratliff v. Astrue*, 130 S. Ct. 2521 (2010).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for attorney's fees (Doc. 23) is **GRANTED**. Plaintiff shall be awarded attorney's fees in the amount of $2,938.51, to be paid by the Social Security Administration directly to Plaintiff. Plaintiff shall also be awarded his costs of $350.00, to be paid from the Judgment Fund administered by the United States Treasury.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2011.